IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Lisa M York-Cox, | ) | Case No.: 13-83227-CRJ7 |
| | ) | |
| Debtor. | ) | Chapter 7 |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW OF THE APPLICATION
FOR COMPENSATION AND EXPENSES FOR TAZEWELL TAYLOR SHEPARD IV

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama ("BA"), by and through the undersigned counsel of record, and regarding the application to pay Compensation and Expenses states as follows:

1. The BA has reviewed the Motion for Approval to Pay Compensation and Expenses (Doc. #109).

2. An analysis of the request for compensation indicates the fee requested is reasonable considering the factors in *Johnson v. Georgia Highway Express, Inc.*, 488 F2d 714 (5th Cir. 1974).

3. A statement that the monies received by the professional will not be shared with any other party is included in the Fee Application.

4. An analysis of the itemization of expenses shows that the expenses are actual and necessary, therefore, the BA does not object to the requested reimbursement of out-of-pocket expenses.

WHEREFORE, the premises considered, the BA recommends approval of the compensation and reimbursement of expenses as requested.

Respectfully submitted September 14, 2023.

J. THOMAS CORBETT
United States Bankruptcy Administrator for the
Northern District of Alabama
/s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Alabama Bar ID:  ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2743

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 14, 2023, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Robert A. Morgan, Esq., Trustee, Via CM/ECF electronic service [ramorgan@bellsouth.net](mailto:ramorgan@bellsouth.net)

Jeffrey B. Irby, Esq., Via CM/ECF electronic service [jbi@lawirby.com](mailto:jbi@lawirby.com)

Tazewell Taylor Shepard, IV, Esq., Via CM/ECF electronic service [ty@ssmattorneys.com](mailto:ty@ssmattorneys.com)

/s/Richard M. Blythe
Richard M. Blythe